THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00110-MR-DLH

| | |
|---|---|
| MCLENDON WINSTEAD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JESSICA SUZANNE MAYBERRY, )<br>MARTIN FOOD ENTERPRISES, )<br>INC., d/b/a Pizza Hut of Kings )<br>Mountain, and BERGEN FOOD )<br>ENTERPRISES, INC., d/b/a Pizza )<br>Hut of Kings Mountain, )<br>)<br>Defendants. )<br>_____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Remand. [Doc. 5].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Remand [Doc. 5] is **GRANTED**, and this action is hereby **REMANDED** to the General Court of Justice, Superior Court Division, for Cleveland County, North Carolina.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Cleveland County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: July 2, 2015

Martin Reidinger
United States District Judge